MILES E. GERARD v. MERCHANTS CARTAGE, INC.,
AND ANOTHER.

198 N. W. 2d 344.

June 9, 1972—No. 43091.

*Conrad J. Carr,* for relator.
*Robb, Van Eps & Gilmore* and *Curtis C. Gilmore,* for respondents.

Heard before Knutson, C. J., and Murphy, Rogosheske, and Peterson, JJ.

PER CURIAM.

Reversed and remanded. Mechling v. Jasper Stone Co. 293 Minn. 309, 198 N. W. 2d 561 (1972).

Relator is allowed attorneys' fees of $400.

MR. JUSTICE TODD and MR. JUSTICE MACLAUGHLIN, not having been members of this court at the time of the argument and submission, took no part in the consideration or decision of this case.